UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER LAWRENCE,      )<br>    Plaintiff                              )<br>                                            )<br>v.                                         )           No. _____<br>                                            )<br>WAL-MART STORES EAST, L.P.  )<br>    Defendant                          )<br>_____) | |

## NOTICE OF REMOVAL

The Defendant, Wal-Mart Stores East, L.P. ("Defendant"), gives notice of the removal of the above-captioned case from the Superior Court, Bristol County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support of this Notice, the Defendant states:

1.   On October 29, 2014, the Plaintiff, Jennifer Lawrence ("Plaintiff"), filed suit against the Defendant in Bristol County Superior Court, seeking recovery for personal injuries. The Defendant was served with a summons and complaint on November 26, 2014.  A copy of all process, pleadings, and orders served on the Defendant is attached to this Notice of Removal.

2.   The Plaintiff's Complaint alleges that the Plaintiff is a resident of Fall River, Massachusetts.

3.   The Defendant is a limited partnership formed under the law of the State of Delaware, with a principal place of business at 702 Southwest 8th Street, Bentonville, Arkansas.

4.   The Defendant has a single general partner, which is WSE Management, LLC, a Delaware Limited Liability Company,  with a principal place of business at 702 Southwest 8th Street, Bentonville, Arkansas.

5. The Defendant has a single limited partner, which is WSE Investment, LLC, a Delaware Limited Liability Company with a principal place of business at 702 Southwest 8th Street, Bentonville, Arkansas.

6. The sole member of WSE Management, LLC is Wal-Mart Stores East, LLC.

7. The sole member of WSE Investment, LLC is Wal-Mart Stores East, LLC.

8. Wal-Mart Stores East, LLC, is an Arkansas limited liability company, with a principal place of business at 702 Southwest 8th Street, Bentonville, Arkansas.

9. The sole member of Wal-Mart Stores East, LLC, is Wal-Mart Stores, Inc., a Delaware corporation with a principal place of business at 702 Southwest 8th Street, Bentonville, Arkansas.

10. The Civil Action Cover Sheet filed with the Plaintiff's complaint, and sent to Defendant's counsel by fax on December 5, 2012, indicates that the Plaintiff allegedly sustained a knee injury requiring surgical repair; that her medical bills total $39,183.33; and that her lost wages total $2,800.00. A copy of this Civil Action Cover Sheet is attached to this Notice of Removal.

11. On October 23, 2013, prior to filing suit, the Plaintiff had made a settlement demand of $175,000.00.

12. Based on the foregoing, this action is removable under this Court's diversity jurisdiction, as the Plaintiff is a citizen of Massachusetts, the Defendant is not a citizen of Massachusetts, and as the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

13. This Notice of Removal has been timely filed under 28 U.S.C. §1446(b)(3), as it has been filed within 30 days after receipt by the Defendant, through service or otherwise, of a

copy of a pleading from which it may first be ascertained that the case is one which is removable.

Dated:  December 9, 2014          WAL-MART STORES EAST, L.P.,

By its attorneys,

GONZALEZ, SAGGIO & HARLAN, LLP

/s/ Kevin Hensley_____
Richard E. Quinby (BBO# 545641)
Richard_Quinby@gshllp.com
Kevin Hensley (BBO# 554824)
Kevin_Hensley@gshllp.com
Gonzalez, Saggio & Harlan, LLP
155 Federal Street
Suite 1202
Boston, MA 02110
Phone: (617) 449-6030
Fax: (617) 292-1869

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 9, 2014, including the attorney of record for the Plaintiff:

Robert J. Levine, Esq.
Rob Levine & Associates, Ltd.
544 Douglas Avenue
Providence, RI  02908

/s/ Kevin Hensley_____